# Order

Michigan Supreme Court
Lansing, Michigan

August 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140401(49)

VIVIAN ATKINS,
          Plaintiff-Appellee,

v

SUBURBAN MOBILITY AUTHORITY FOR
REGIONAL TRANSPORTATION, d/b/a
SMART,
          Defendant-Appellant.

SC: 140401
COA: 288461
Wayne CC: 07-721025-NI

_____

      On order of the Chief Justice, the motion by Michigan Defense Trial Counsel for extension of the time for filing their brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2011

_____
Clerk